```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 22545
   WALTER R PEEBLES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9139

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/30/2007 and was confirmed 03/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 05/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    NOTICE ONLY    NOT FILED              .00             .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER    109.35               .00             .00
CHASE HOME FINANCE LLC    CURRENT MORTG       .00               .00             .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE     22.65               .00           22.65
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   1070.32               .00             .00
FIRST MIDWEST BANK NA     CURRENT MORTG       .00               .00             .00
FIRST MIDWEST BANK NA     MORTGAGE ARRE  29079.28               .00          205.64
MORTGAGE CLEARING CORP    CURRENT MORTG       .00               .00             .00
MORTGAGE CLEARING CORP    MORTGAGE ARRE   1560.00               .00             .00
GMAC                      UNSEC W/INTER  14524.89               .00             .00
FIRST PREMIER BANK        UNSEC W/INTER NOT FILED               .00             .00
HSBC BANK NEVADA NA       UNSEC W/INTER    453.10               .00             .00
HSBC BANK NEVADA NA       UNSEC W/INTER    504.43               .00             .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER    537.10               .00             .00
CROSS COUNTRY BANK        UNSEC W/INTER NOT FILED               .00             .00
SPRINT-NEXTEL CORP        UNSEC W/INTER   1021.63               .00             .00
MAX FLOW CORP             UNSEC W/INTER    752.25               .00             .00
ANNETE DIXS               NOTICE ONLY   NOT FILED               .00             .00
MARTIN J OHEARN           DEBTOR ATTY    3,000.00                           3,000.00
TOM VAUGHN                TRUSTEE                                             280.72
DEBTOR REFUND             REFUND                                            1,670.99

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              5,180.00

PRIORITY                                         .00
SECURED                                       228.29
UNSECURED                                        .00
ADMINISTRATIVE                              3,000.00
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22545 WALTER R PEEBLES

```
TRUSTEE COMPENSATION                                             280.72
DEBTOR REFUND                                                  1,670.99
                                        ----------------    ----------------
TOTALS                                          5,180.00            5,180.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE